UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY PAUL LOMBARDI,

    Petitioner,

v.                                        Case No. 3:18cv1362-RV-HTC

MARK S INCH,

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 29, 2020 (ECF No. 22). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file---and the petitioner did file (ECF No. 23)---objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Lombardi*, 2013-CF-1131, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 4, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** on this 16th day of November, 2020.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**